JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRED DORTON, | ) | No. 2:22-cv-06522-JFW-JDE |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| D. SAMUEL [Warden], | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: October 4, 2022

_____
JOHN F. WALTER
United States District Judge